3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

JUL 1 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

B-02-37

| | | |
|---|---|---|
| **JERRY MALESOVAS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | CIVIL ACTION NO. B-01-153 |
| | § | |
| **FLEET RETAIL FINANCE, INC., et al,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

BE IT REMEMBERED that on July 11, 2002, the Court **ORDERED** the Parties to submit a Joint Discovery / Case Management Plan in compliance with Court Chamber Rule 7(A)(1) no later than 2:00 p.m. on Friday, July 12, 2002. According to this Rule, the Joint Discovery / Case Management was due at least fourteen days before the initial pretrial conference. Failure to comply with this Order may result in sanctions, including dismissal of the action and assessment of expenses.

DONE at Brownsville, Texas, this 11th day of July 2002.

_____
Hilda G. Tagle
United States District Judge