IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JUL 11 2002
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JERRY MALESOVAS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. B-02-37 |
| | § | |
| FLEET RETAIL FINANCE, INC., | § | |
| JP MORGAN CHASE & CO., | § | |
| BACK BAY CAPITAL FUNDING, | § | |
| LLC, each individually and as agents | § | |
| for various banks party to credit | § | |
| agreements described herein, | § | |
| LEONARD GREEN & PARTNERS, | § | |
| L.P., GREEN EQUITY INVESTORS | § | |
| II, L.P., JOHN W. HECHINGER, JR., | § | |
| JOHN W. HECHINGER, S. ROSS | § | |
| HECHINGER, ANN D. JORDAN, | § | |
| ROBERT S. PARKER, MELVIN A. | § | |
| WILMORE, ALAN J. ZAKON, | § | |
| KENNETH J. CORT, W. CLARK | § | |
| McCLELLAND, JUNE R. | § | |
| HECHINGER, NANCY HECHINGER | § | |
| LOWE, SALLY HECHINGER | § | |
| RUDOY, CATHERINE S. ENGLAND, | § | |
| RICHARD ENGLAND, JR., JUNE | § | |
| L.P., LOIS ASSOCIATES L.P. | § | |
| and JARSAN ASSOCIATES L.P., | § | |

### PLAINTIFF'S RULE 41(A)(1) NOTICE OF VOLUNTARY DISMISSAL, OR, IN THE ALTERNATIVE, MOTION FOR VOLUNTARY DISMISSAL

Plaintiff Jerry Malesovas ("Plaintiff") respectfully files this Notice of Dismissal (or in the alternative Motion for Voluntary Dismissal) pursuant to Federal Rule of Civil Procedure 41(a)(1) (the "Motion"). Plaintiff requests that this lawsuit be dismissed without prejudice. Although Plaintiff has attempted contact with the defendants in this lawsuit, service has not been effected on

any defendant and no defendant has appeared or agreed to accept service.

Federal Rule of Civil Procedure 41 provides:

> (a) Voluntary Dismissal: Effect Thereof.
> (1) By Plaintiff; by Stipulation. Subject to the provisions of Rule 23(e), of Rule 66, and of any statute of the United States, an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Therefore, Plaintiff respectfully requests that this lawsuit be dismissed without prejudice and that the Court grant any other relief to which Plaintiff is justly entitled.

Respectfully submitted,

SCOTT YUNG L.L.P

John B. Scott
State Bar No. 17901500
350 North St. Paul Street, Suite 2650
Dallas, Texas 75201
Telephone: (214) 220-9922
Facsimile: (214) 220-9933

**ATTORNEYS FOR PLAINTIFF JERRY MALESOVAS**