5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JERRY MALESOVAS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. B-02-37 |
| | § | |
| FLEET RETAIL FINANCE, INC., | § | |
| JP MORGAN CHASE & CO., | § | |
| BACK BAY CAPITAL FUNDING, | § | |
| LLC, each individually and as agents | § | |
| for various banks party to credit | § | |
| agreements described herein, | § | |
| LEONARD GREEN & PARTNERS, | § | |
| L.P., GREEN EQUITY INVESTORS | § | |
| II, L.P., JOHN W. HECHINGER, JR., | § | |
| JOHN W. HECHINGER, S. ROSS | § | |
| HECHINGER, ANN D. JORDAN, | § | |
| ROBERT S. PARKER, MELVIN A. | § | |
| WILMORE, ALAN J. ZAKON, | § | |
| KENNETH J. CORT, W. CLARK | § | |
| McCLELLAND, JUNE R. | § | |
| HECHINGER, NANCY HECHINGER | § | |
| LOWE, SALLY HECHINGER | § | |
| RUDOY, CATHERINE S. ENGLAND, | § | |
| RICHARD ENGLAND, JR., JUNE | § | |
| L.P., LOIS ASSOCIATES L.P. | § | |
| and JARSAN ASSOCIATES L.P., | § | |

## ORDER GRANTING VOLUNTARY DISMISSAL

Upon consideration of Plaintiff's Rule 41(a)(1) Notice of Voluntary Dismissal, or, in the alternative, Motion for Voluntary Dismissal (the "Dismissal"), the Court finds that the Dismissal should be GRANTED. The Court DISMISSES this lawsuit without prejudice.

Dated this 12 of July, 2002.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS